AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court
### for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**JACK SHERLOCK**<br><br>*Defendant* | Case No. 24-mj-5212 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about November 20, 2024, to on or about December 4, 2024, in the Western District of New York, the defendant, JACK SHERLOCK:

(1) did knowingly attempt to use, persuade, induce, entice and coerce a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of such sexually explicit conduct, knowing and having reason to know that such visual depiction would have been transported and transmitted using any means and facility of interstate and foreign commerce; and

(2) using the mail and any facility and means of interstate and foreign commerce, did knowingly attempt to persuade, induce, entice and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense;

all in violation of Title 18, United States Code, Sections 2251(a) & (e), and 2422(b).

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

JAMES J DONOGHUE
*Digitally signed by JAMES J DONOGHUE*
*Date: 2024.12.05 09:03:19 -05'00'*

*Complainant's signature*

James J. Donoghue, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed telephonically.

Date: December 5, 2024

*Judge's signature*

City and State: Buffalo, New York

HON. MICHAEL J. ROEMER, USMJ
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, James J. Donoghue, being duly sworn, depose and say:

1. I am a Special Agent with the Department of Homeland Security (DHS), Homeland Security Investigations (HSI), currently assigned to Buffalo, NY and have been so employed since August 2008. While employed by HSI, I have investigated federal criminal violations related to human smuggling and trafficking, money laundering, cybercrime, child exploitation, and child pornography. I have gained experience through training at the Federal Law Enforcement Training Center ("FLETC") and everyday work related to conducting these types of investigations. I have received training in the area of child pornography and child exploitation investigations and have had the opportunity to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. Since 2017, I have also been trained in computer forensics and the identification of victims of child exploitation.

2. I make this affidavit in support of a criminal complaint charging **JACK SHERLOCK** ("SHERLOCK"), with attempted sexual exploitation of children and transfer of obscene material to minors, in violation of Title 18, United States Code, Sections 2251(a) & (e), and 2422(b) (attempted coercion and enticement of a minor).

3. The statements contained in this affidavit are based on my involvement in this investigation, as well as information provided to me by other law enforcement officers in this

investigation, and upon my training and experience. Because this affidavit is being submitted for the limited purpose of seeking a criminal complaint, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts necessary to establish probable cause to believe that SHERLOCK knowingly violated Title 18, United States Code, Sections 2251(a) & (e), and 2422(b).

4.    On November 7, 2024, your affiant was contacted by Sergeant Darling with the Salamanca Police Department, who advised that a Pennsylvania-based citizens group engaged in undercover chats with a subject identified as Jack SHERLOCK, with a date of birth of January 1969. Specifically, I was advised that SHERLOCK had initiated sexual communications with a Facebook account controlled by the citizens group purporting to belong to a 12-year-old female living in Salamanca, New York.

5.    On November 12, 2024, Sergeant Darling sent me the Facebook account information for SHERLOCK that she had received from the citizens group. Based on that information, on November 14, 2024, I requested information relating to the Facebook account used by SHERLOCK. The return provided by Facebook showed that the Facebook account named "Jack SHERLOCK" was associated with phone number 716-XXX-3376. Open-source internet searches linked this phone number to other social media accounts associated with SHERLOCK. Salamanca Police Department record checks also link this phone number to SHERLOCK.

6. On November 20, 2024, I interviewed an individual ("Witness 1") who works with the citizens group, who stated that in November 2024, he created an undercover ("decoy") account on the Facebook social media platform. The decoy account was made to portray a 12-year-old female living in Salamanca, New York. While creating the decoy profile, Witness 1 stated that he had randomly made "friend requests" based on the user profiles that the Facebook application had suggested to the account. One of these randomly added "friends" was the "Jack SHERLOCK" account. Witness 1 further stated that on or around November 2, 2024, shortly after creating the decoy account, and after SHERLOCK accepted the friend request, Witness 1 engaged in Facebook Messenger conversations with SHERLOCK. Facebook Messenger is a messaging and communication platform used by Facebook that utilizes the internet. During the Messenger communications, SHERLOCK stated that he wanted Witness 1 to send him nude images and had expressed a desire to meet Witness 1 in person to engage in sexual activity.

7. On November 20, 2024, your affiant reviewed the Messenger communications with SHERLOCK from the decoy account, and after obtaining consent from Witness 1 to take over the decoy account, I engaged in conversation with SHERLOCK using this decoy account. During this conversation, I stated that the decoy's "cousin" was also with her. SHERLOCK asked the decoy to "send a pic of you two" and asked what "her" name is, how old "she" was, and requested a picture of "her." I told SHERLOCK that the "cousin's" age was "same as me 12." SHERLOCK replied "kool." SHERLOCK then stated, "Have her add me as a friend." Your affiant then sent SHERLOCK a Facebook link to an HSI undercover

3

agent Facebook account (UCA) in the text conversation. SHERLOCK added the UCA as a friend, and then began to engage in conversation with UCA via his "Jack Sherlock" Facebook account.

8.  During the course of my conversation with SHERLOCK, SHERLOCK requested the UCA send him pictures of "herself," and soon initiated sexually oriented conversation, to include discussions about meeting in person to engage in sexual activity. The following are examples of statements and requests SHERLOCK made during the conversation with the UCA account on November 20, 2024, whom he believed to be a 12-year-old female:

- "I am 55 yrs old and have 2 kids"
- "Would you like to see me in person"
- "So you wanna see me?"
- "Can I ask a question"
- "Do you know anything about sex?"
- "Let me ask you this? Have you ever kissed anybody"
- "French kiss?"
- "Using tongue"
- "Would you like to kiss anybody else?"
- "Too bad you were not older."

9.  The communication with SHERLOCK continued on November 21, 2024, during which SHERLOCK asked UCA to call him "boy toy," and made the following statements:

- "send me a pic of your whole body"
- "I want to hug and kiss you"
- "Would you kiss me with tongue"
- "Its ok, I will teach you a lot about sex"
- "Have you had any experience with sex"
- "Have you examine yourself on what you have. Boobs and vagina."

4

- "Have you ever touch yourself"
- "Do you like it"

During communications on November 21, 2024, SHERLOCK proposed meeting with the UCA during his lunch break, however that meeting did not happen. SHERLOCK also asked the UCA if she would let him touch her, and if the UCA would want to have sex with him. SHERLOCK then stated "But I have to use a condom on you. I really want to see you naked if you want." SHERLOCK told the UCA: "Go to the bathroom and send me a pic." SHERLOCK then specified the "pic" as "your whole naked body as your standing or laying down." The UCA responded "like everything?" SHERLOCK responded "yes." SHERLOCK and the UCA continued this conversation, with SHERLOCK asking: "Have you inserted your finger inside your vagina." "And I want to teach you oral sex also." SHERLOCK then continued to ask for the "naked" picture he had requested the previous day. SHERLOCK then continued to describe what he would "teach" the UCA about sex: "Well touching you gently and then inserting a finger in you as you feel good." "Then I touch your boobs." The UCA responded, "Ur gonna put a finger in me?" SHERLOCK then stated "yes." "in you lr vagina." SHERLOCK then said "I really shouldn't be telling you this cause your very young."

10. During the conversation with the UCA account, SHERLOCK sent a picture of his face within the conversation. A comparison of these images with the driver's license photo for SHERLOCK were completed and appear to be a match.

5

11.     On November 27, 2024, at 6:57 a.m., SHERLOCK sent the UCA a message on Facebook stating "Good Morning!" SHERLOCK subsequently sent various "hello" text messages starting on November 27, 2024, and continuing through December 3, 2024.

12.     On December 3, 2024, your affiant responded to SHERLOCK's message, and then continued to have a text conversation with SHERLOCK during which SHERLOCK asked for sexually explicit images from the UCA and made a plan to meet with UCA in person to have sex. The following is a partial transcript of the December 3, 2024, conversation, in sum and substance:

| | |
|---|---|
| SHERLOCK: | Hello. U there |
| UCA: | Hi! |
| SHERLOCK: | Hey, what you been doing<br>U there<br>Hey<br>U There<br>Hello<br>Are you there<br>Hey sweety<br>Talk to me<br>How are you<br>When do you want to get taught |
| UCA: | Hey boy toy!!! I wanna get taught ASAP my boy toy<br>Ur prolly real mad at me<br>Sry I ghosted for a minute<br>Mom and me got in a huge blowout<br>And she took my phone |
| SHERLOCK: | what you using now |
| UCA: | (crying emoji) I got it back<br>I hate not having it |

SHERLOCK: Ok
You still want to have sex with me

UCA: it's the only way I can fb
Yes I wanna have sex with you

SHERLOCK: Ok
Can I have a naked pic of u please
When you have time

UCA: Ok Im at actual school today cuz I gotta meet with my counselor so I can later

SHERLOCK: Promise?

UCA: I promise

SHERLOCK: Don't ghost me

UCA: I wont
I have sooooo worried u forgot abt me

SHERLOCK: Do you see all the texts I sent you

UCA: I did!!!
I was sooooo happy
But I feel terrible cuz I didn't have my phone and I don't have a computer
I can only fb on my phone

SHERLOCK: ok

UCA: Im glad ur not mad at me
I've been thinking abt u so much

SHERLOCK: what have you been thinking about with me

UCA: How ur handsome

SHERLOCK: Thanks
What else have you had on your mind about me

7

| | |
|---|---|
| UCA: | well u know… |
| SHERLOCK: | tell me |
| UCA: | like what ur gonna teach me |
| SHERLOCK: | Are you feeling tingly |
| UCA: | Huh? |
| SHERLOCK: | Aboit what im gonna do to you |
| UCA: | wym tingly |
| SHERLOCK: | horny |
| UCA: | oh…yeah. I'm dumb. Sry |
| SHERLOCK: | Its ok<br>Are you alone now |
| UCA: | No |
| SHERLOCK: | When do you get done |
| UCA: | at like 3 |
| SHERLOCK: | 9k<br>Ok<br>Remember I want to see everything |
| UCA: | everything? |
| SHERLOCK: | y3s. are you feeling different about it now |
| UCA: | like showing u my privates? |
| SHERLOCK: | yes |
| UCA: | Yeah I think im more comfy now<br>What kinda pics do u want me to send<br>I want u to be happy |

| | |
|---|---|
| SHERLOCK: | Ok<br>Tits and pussy pic |
| UCA: | my boobs are real small |
| SHERLOCK: | its ok |
| UCA: | my pussy has some hair is that ok |
| SHERLOCK: | its ok<br>You want it bad now, don't you |
| UCA: | Hmmm hmm yeah I cant think rn lol U got me thinking about this now in school |
| SHERLOCK: | Ok |
| UCA: | And I don't wanna be here now lol |
| SHERLOCK: | Ok<br>What u thinking now |
| UCA: | U |
| SHERLOCK: | sweet |
| UCA: | Hbu? What r u thinking abt? |
| SHERLOCK: | you having s3x with me |
| UCA: | Hmmm I wanna so bad |
| SHERLOCK: | Ok<br>Im off tomorrow. Do you wanna meet |
| UCA: | YaSSS!!! |
| SHERLOCK: | Ok |
| UCA: | Please!!! |
| SHERLOCK: | we will make a plan |
| UCA: | k u got a good place? |

9

| | |
|---|---|
| SHERLOCK: | Yes |
| UCA: | is it nice? |
| SHERLOCK: | it's the house im working at<br>Its empty |
| UCA: | Coolio. Do I gotta bring anything |
| SHERLOCK: | blanket |
| UCA: | k |
| SHERLOCK: | if you want to lay on the floor |
| UCA: | idk what to do lol |
| SHERLOCK: | I will teach you |
| UCA: | isn't that how its supposed to be |
| SHERLOCK: | y3s |
| UCA: | I hope ur patient with ne<br>Me |
| SHERLOCK: | I will |
| UCA: | is it gonna hurt |
| SHERLOCK: | it will at first but then it goes away |
| UCA: | u sure? |
| SHERLOCK: | Yes |
| UCA: | Ok I trust u. do I meet u there? |
| SHERLOCK: | Do not tell anyone about this |
| UCA: | I wont tell no one!!!! Not even [Other Facebook Account] |
| SHERLOCK: | its in jimtown |

10

| | |
|---|---|
| UCA: | ur my secret boy toy. Ur gonna have to tell me how to get There |
| SHERLOCK: | Lets meet at dollar tree<br>Is that far from you |
| UCA: | is that by that supermarket? Park something |
| SHERLOCK: | Across the street |
| UCA: | ok I know where that is. I can walk there |
| SHERLOCK: | Ok. Meet at 11 |

13.   The text conversation continued, with SHERLOCK discussing UCA's underwear, stating that he wanted UCA wear a dress, to not wear a bra, that he would show UCA his "thingy," and that he would like UCA to touch his "thing." SHERLOCK also discussed his fantasy of engaging in sex with the UCA and her 12-year-old cousin.

14.   On December 4, 2024, at approximately 4:49 a.m., the UCA sent a message via Facebook to SHERLOCK stating "I can't wait to be with you today!!!" SHERLOCK responded "Wheres my pic." SHERLOCK then sent several text messages, and attempted multiple audio calls to the UCA via Facebook. The UCA re-engaged in the conversation at 9:17 a.m., stating, in part, "If we have sex does that mean we r gonna get married?" SHERLOCK stated "Not yet" and "Will you do the pic for me." SHERLOCK then sent several more text messages to the UCA, and attempted another audio call. SHERLOCK then stated, "Im getting upset that your not talking to me' and "are you excited about today." At approximately 10:42 a.m., the UCA sent a message "I'm walking over now," that "it was

cold," and that "she" was going inside the store. At approximately 10:54 a.m., agents conducting surveillance of SHERLOCK observed him drive into the Dollar Tree parking lot located at 560 Broad Street, Salamanca, New York. SHERLOCK exited the vehicle and entered the Dollar Tree Store.

15. When SHERLOCK exited the store approximately 5 minutes later, he was encountered by HSI Special Agents and Salamanca Police Officers, who engaged him in consensual conversation outside the store. Your affiant asked SHERLOCK if he possessed a cellular telephone, to which SHERLOCK stated "yes" and took it out of his front pocket. Based on a previously authorized search warrant for SHERLOCK's phone that Salamanca Police had obtained, I asked SHERLOCK for the cell phone, and SHERLOCK gave it to me. I then suggested that the conversation be continued at the Salamanca Police Station, and SHERLOCK agreed to meet there, driving himself to the police station.

16. Upon arrival at the police station, I informed SHERLOCK of his Miranda Rights, which he waived in order to be interviewed. During my interview with him, SHERLOCK admitted to engaging in Facebook communications with the UCA, who he believed to be a 12-year-old female, using his personal Facebook account "Jack SHERLOCK." SHERLOCK admitted that he travelled to the Dollar Tree store for the purpose of meeting the UCA and engaging in sexual activity with the UCA. SHERLOCK also acknowledged that he asked the UCA for "naked" pictures of herself.

17. Based upon the foregoing, I respectfully submit that I have probable cause to believe that **JACK SHERLOCK** has violated Title 18, United States Code, Sections 2251(a) & (e), and 2422(b).

JAMES J DONOGHUE
Digitally signed by JAMES J DONOGHUE
Date: 2024.12.05 09:05:10 -05'00'

James J. Donoghue, Special Agent
Homeland Security Investigations

Sworn and subscribed telephonically
this 5th day of December 2024.

_____
HON. MICHAEL J. ROEMER
United States Magistrate Judge